**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      D. Ryser v. The State of Texas

Appellate case number:   01-13-00634-CR

Trial court case number:  1268025

Trial court:                      174th District Court of Harris County

     Appellee's brief was due July 9, 2014. Neither a brief nor a request for extension of time is on file. Two previous requests for extension have been granted to the State to file its brief.

     The State of Texas is **ORDERED** to file its brief within 7 days of the date of this order, or the appeal may be set for submission without a brief from appellee.

     It is so ORDERED.

Judge's signature: __/s/ Harvey Brown
               X  Acting individually     ☐ Acting for the Court


Date:  July 10, 2014